83,646-01

September 7, 2015

To:         COURT OF CRIMINAL APPEALS OF TEXAS
            P.O. Box 12308 Captiol Station
            Austin, Texas 78711

Re:         **CHANGE OF ADDRESS**

Writ No.    WR-83,646-01

Trial Court's No.    13-CR-2096-G

RECEIVED IN
COURT OF CRIMINAL APPEALS
SEP 11 2015
Abel Acosta, Clerk

Dear Honorable Clerk:

I have been GRANTED parole and I'm in the process of being released from TDCJ.
I am scheculed for release from McConnel Unit on **September 15, 2015** at **10:00am.**

If you have mailed out any documents or information to me at my current unit,
Stevenson Unit, 1525 F.M. 766 Cuero, Texas 77954 between **September 1, 2015**
and the date you receive this CHANGE OF ADDRESS **NOTIFICATION,** I would respectfully
ask that your RE-SEND anything mailed to me between that time period to my **NEW**
**ADDRESS** where I will be residing on or after the 15th of **September.**

New Mailing Address:

> **Christopher Estrada**
> **1436 Dahlia**
> **Corpus Christi, Texas 78404**

Contact Phone Number:    **361-426-0608**

Sincerely
Christopher Estrada